COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:           01-18-00425-CV

Style:                  Hani Hafiz Ibrahim Qutiefan v. Lubna Aziz Safi

Date motion filed*:     April 22, 2019

Type of motion:       Third Motion to Extend Time to File the Brief

Party filing motion:    Pro se appellant Hani Hafiz Ibrahim Qutiefan

Document to be filed:  Appellant's Brief

Is appeal accelerated?      No.

If motion to extend time:

      Original due date:             January 28, 2019

      Number of extensions granted:     2      Current Due Date:  April 22, 2019

      Date Requested:            N/A (One year requested)

Ordered that motion is:

      ☒ Granted in part

           If document is to be filed, document due:  June 3, 2019.

           ☒ **No further extensions of time will be granted absent extraordinary circumstances.**

      ☐ Denied in part

      ☐ Dismissed (*e.g.*, want of jurisdiction, <u>moot</u>)

      ☒ Other: _____

      This Court's March 28, 2019 Order granted the pro se appellant's second extension request to file appellant's brief until April 22, 2019, and directed appellant to file a docketing statement to request referral to the Pro Bono Program.  Appellant filed the docketing statement on April 19, 2019, and it states that the Pro Bono Committee takes 30-45 days after receiving it to determine whether to accept this case for selection.  Accordingly, appellant's third extension, requesting one full year to file his brief to find pro bono counsel, is **granted, in part, until June 3, 2019**, which is 45 days from April 19, 2019, **but no further extensions of time will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 10.5(b)(1)(C), 38.6(d).

Judge's signature: ___/s/ Justice Evelyn V. Keyes_____

                x  Acting individually      ☐ Acting for the Court

Date: __April 30, 2019_____

November 7, 2008 Revision